1  Paul A. Kampmeier, WSBA #31560
   KAMPMEIER & KNUTSEN PLLC
2  615 Second Avenue, Suite 360
3  Seattle, Washington 98104
   Telephone: (206) 223-4088 x 4
4  Email: paul@kampmeierknutsen.com

5  Brian A. Knutsen, WSBA #38806
   KAMPMEIER & KNUTSEN PLLC
6  833 S.E. Main Street, No. 318
7  Portland, Oregon 97214
   Telephone: (503) 841-6515
8  Email: brian@kampmeierknutsen.com

9  *Attorneys for Plaintiff Olympic Forest Coalition*

The Honorable Ronald B. Leighton

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| OLYMPIC FOREST COALITION, a Washington non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>COAST SEAFOODS COMPANY, a Washington corporation,<br><br>Defendant. | Case No. 3:16-cv-05068-RBL<br><br>PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR ENTRY OF AN AMENDED ORDER GRANTING INTERLOCUTORY REVIEW<br><br>NOTED: August 19, 2016 |

Plaintiff Olympic Forest Coalition submits this response to Defendant Coast Seafoods Company's motion for entry of an amended order certifying interlocutory review (Doc. #32).

Plaintiff opposes Defendant's motion for all the reasons stated in its response to Defendant's motion for interlocutory review, which Plaintiff hereby incorporates by reference and asks this Court to reconsider. See Doc. #29.

PLAINTIFF'S RESPONSE TO DEFENDANT'S
MOTION FOR ENTRY OF AMENDED ORDER - 1
Case No. 3:16-cv-05068-RBL

Kampmeier & Knutsen PLLC
615 Second Avenue, Suite 360
Seattle, Washington 98104
(206) 223-4088 x 4

Plaintiff also opposes entry of Defendant's new proposed order because it includes conclusions of law or findings of fact that have not been presented to or ruled upon by this Court. Paragraph two of Defendant's new order states:

> The question of law presented in the Order is whether the Clean Water Act, 33 U.S.C. §§ 1251-1376, requires an aquatic animal production facility that is not a concentrated facility under 40 C.F.R. § 122.24, but that discharges effluent from a discrete conveyance, to obtain a National Pollutant Discharge Elimination System ("NPDES") permit.

See Doc. #32-1 at 1. Plaintiff objects because the parties did not brief, and this Court did not rule, that Defendant's facility is "an aquatic animal production facility that is not a concentrated facility under 40 C.F.R. § 122.24." Accepting Defendant's new order risks establishing law of the case on factual or legal questions that were not presented to or ruled upon by this Court.

In seeking interlocutory review Defendant filed—and invited this Court to enter—a proposed order that is jurisdictionally defective under well-established law. See Doc. #27-1; Couch v. Telescope, Inc., 611 F.3d 629, 633 (9th Cir. 2010). Defendant did not comply with Couch even though Defendant cited that case in its motion for interlocutory review and even though Plaintiff relied extensively on that case in opposition. Plaintiff would gladly assist Defendant on this point if interlocutory review would not substantially delay Plaintiff's ability to obtain relief. But because interlocutory review is likely to result in two appeals in this case, Plaintiff very respectfully requests that this Court deny Defendant's motion for entry of the proposed amended order (doc. #32-1) and that this Court instead reconsider its July 25, 2016 order (doc. #31) and now deny Defendant's motion for interlocutory review (doc. #27).

RESPECTFULLY SUBMITTED this 2nd day of August 2016.

    __s/Paul A. Kampmeier_____
    Paul A. Kampmeier, WSBA #31560
    Kampmeier & Knutsen PLLC
    615 Second Avenue, Suite 360
    Seattle, Washington 98104
    Tel: (206) 223-4088 x 4

PLAINTIFF'S RESPONSE TO DEFENDANT'S
MOTION FOR ENTRY OF AMENDED ORDER - 2
Case No. 3:16-cv-05068-RBL

Kampmeier & Knutsen PLLC
615 Second Avenue, Suite 360
Seattle, Washington 98104
(206) 223-4088 x 4

paul@kampmeierknutsen.com

## CERTIFICATE OF SERVICE

    I, Paul Kampmeier, hereby certify that on August 2, 2016 I electronically filed PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR ENTRY OF AN AMENDED ORDER GRANTING INTERLOCUTORY REVIEW, and this CERTIFICATE OF SERVICE, with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to Hong N. Huynh and Joseph Vance, counsel for Defendant Coast Seafoods Company.

    s/ Paul A. Kampmeier
Paul A. Kampmeier, WSBA #31560
Kampmeier & Knutsen, PLLC
615 Second Avenue, Suite 360
Seattle, Washington 98104
Phone: (206) 223-4088
Email: paul@kampmeierknutsen.com

PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR ENTRY OF AMENDED ORDER - 3
Case No. 3:16-cv-05068-RBL

Kampmeier & Knutsen PLLC
615 Second Avenue, Suite 360
Seattle, Washington 98104
(206) 223-4088 x 4