The Honorable Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| OLYMPIC FOREST COALITION, a Washington non-profit corporation,<br><br>    Plaintiff,<br><br>v.<br><br>COAST SEAFOODS COMPANY, a Washington corporation,<br><br>    Defendant. | Civil Action No. 3:16-cv-05068-RBL<br><br>AMENDED ORDER GRANTING DEFENDANT'S MOTION TO CERTIFY ORDER FOR INTERLOCUTORY APPEAL AND MOTION TO STAY |

THIS MATTER having come before the Court on Defendant's Motion to Certify Order for Interlocutory Appeal and Motion to Stay, and the Court having considered the records and files herein, the Court expressly finds as follows:

1. The Court's order denying defendant Coast Seafoods Company's ("Coast") motion to dismiss, entered June 3, 2016 (Dkt. 21) (the "Order"), involves a controlling question of law as to which there is a substantial ground for difference of opinion.

2. The question of law presented in the Order is whether the Clean Water Act, 33 U.S.C. §§ 1251-1376, requires an aquatic animal production facility that is not a concentrated facility under 40 C.F.R. § 122.24, but that discharges effluent from a discrete conveyance, to obtain a National Pollutant Discharge Elimination System ("NPDES") permit.

AMENDED ORDER GRANTING DEFENDANT'S MOTION TO CERTIFY
ORDER FOR INTERLOCUTORY APPEAL AND MOTION TO STAY

70115276.1

**MILLER NASH GRAHAM & DUNN LLP**
ATTORNEYS AT LAW
T: 503.224.5858 | F: 503.224.0155
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON  97204

1  This question turns on the applicability and interpretation of *Ass'n to Protect Hammersley, Eld. & Totten Inlets v. Taylor Res., Inc.*, 299 F.3d 1007 (9th Cir. 2002), *League of Wilderness Defenders/Blue Mountain Biodiversity Project v. Forsgren*, 309 F.3d 1181 (9th Cir. 2002), and *Nw. Envtl. Def. Cir. v. Brown*, 640 F.3d 1063 (9th Cir. 2011), *rev'd on other grounds*, 133 S.Ct. 1326 (2013).

    3.    An immediate appeal from the Order may materially advance the termination of this litigation.

Based on these findings:

IT IS HEREBY ORDERED that Coast Seafoods Company's motion to certify the Order for interlocutory appeal is GRANTED.

IT IS FURTHER ORDERED that, in the event the Ninth Circuit accepts certification, this proceeding is stayed during the pendency of the interlocutory appeal.

DATED this 8th day of August, 2016.

_____
Ronald B. Leighton
United States District Judge

Presented by:

By: *s/ Joseph Vance, P.C.*
Joseph Vance, P.C., WSB No. 25531
Hong N. Huynh, WSB No. 45044
Miller Nash Graham & Dunn LLP
111 S.W. Fifth Avenue, Suite 3400
Portland, Oregon  97204
Telephone:  (503) 224-5858
Fax:  (503) 224-0155
E-mail:  hong.huynh@millernash.com
E-mail:  joseph.vance@millernash.com
Attorneys for Defendant Coast Seafoods Company

AMENDED ORDER GRANTING DFEFRENDANT'S MOTION TO CERTIFY
ORDER FOR INTERLOCUTORY APPEAL AND MOTION TO STAY
(3:16-cv-05068-JRC)
70115276.1

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
T: 503.224.5858 | F: 503.224.0155
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON  97204