The Honorable Robert S. Lasnik

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| OLYMPIC FOREST COALITION, a Washington non-profit corporation,<br><br>        Plaintiff,<br><br>        v.<br><br>COAST SEAFOODS COMPANY, a Washington corporation,<br><br>        Defendant. | Case No. 3:16-cv-05068-RSL<br><br>ORDER GRANTING STIPULATED MOTION REGARDING DISCOVERY PRODUCTION, STANDING, PARTIAL LIABILITY, AND PARTIAL RELIEF |

The Court hereby GRANTS the Parties' August 10, 2022 stipulated motion (Dkt. #115). Based on the Parties' stipulations, the Court hereby rules as follows:

1.      Within five (5) days of entry of this Order, Coast Seafoods Company shall produce to Olympic Forest Coalition 2018-2021 financial records for Pacific Shellfish – Quilcene, LLC;

2.      Olympic Forest Coalition has standing to bring its claims for relief in this matter;

3.      Prior to the Ninth Circuit's decision in this case, the Washington State Department of Ecology ("Ecology") had determined a National Pollutant Discharge

Kampmeier & Knutsen PLLC
811 First Avenue, Suite 468
Seattle, Washington 98104
(206) 858-6983

1   Elimination System ("NPDES") permit was not required under the Clean Water

2   Act for the Facility;

3   4.   After issuance of the Ninth Circuit's mandate in this case, Coast Seafoods Com-

4   pany applied to Ecology for an NPDES permit for discharges of pollutants from

5   the Facility;

6

7   5.   Defendant Coast Seafoods Company is liable for Clean Water Act violations be-

8   cause it has violated Section 301(a) of the Clean Water Act, 33 U.S.C. § 1311(a),

9   every day since November 28, 2010 by discharging pollutants from point sources

10   at the facility at issue in this case, which is located at or near 1601 Linger Longer

11   Road, Quilcene, Washington 98376, to waters of the United States without au-

12   thorization of National Pollutant Discharge Elimination System permit; and

13   6.   The relief afforded herein shall not prohibit or prevent Olympic Forest Coalition

14   from seeking any other available relief.

15

16   IT IS SO ORDERED.

17   IT IS FURTHER ORDERED that Coast Seafoods Company's liability having been es-

18   tablished, the Court will treat Olympic Forest Coalition's pending motion for partial summary

19   judgment on standing and liability (Dkt. #70) as withdrawn.

20   IT IS FURTHER ORDERED that Coast Seafoods Company shall make all reasonable

21   efforts to obtain a National Pollutant Discharge Elimination System permit authorizing dis-

22   charges of pollutants from the facility at issue in this case.

23

24   Dated this 23rd day of August, 2022.

25

26   _____
   The Honorable Robert S. Lasnik
27   United States District Judge

28

ORDER GRANTING STIPULATED MOTION REGARDING
DISCOVERY PRODUCTION, STANDING, PARTIAL
LIABILITY, AND PARTIAL RELIEF - 2
Case No. 3:16-cv-05068-RSL

Kampmeier & Knutsen PLLC
811 First Avenue, Suite 468
Seattle, Washington 98104
(206) 858-6983

**Presented by:**

KAMPMEIER & KNUTSEN PLLC


By: s/ Paul A. Kampmeier
Paul A. Kampmeier, WSBA #31560
811 First Avenue, Suite 468
Seattle, Washington 98104
Tel: (206) 858-6983
paul@kampmeierknutsen.com

*Attorneys for Plaintiff Olympic Forest Coalition*

STOEL RIVES LLP

By: s/ Maren R. Norton
Maren R. Norton, WSBA No. 35435
Beth S. Ginsberg, WSBA No. 18523
600 University Street, Suite 3600
Seattle, WA  98101
Telephone: (206) 386-7581
beth.ginsberg@stoel.com


*Attorneys for Defendant Coast Seafoods Company*

ORDER GRANTING STIPULATED MOTION REGARDING
DISCOVERY PRODUCTION, STANDING, PARTIAL
LIABILITY, AND PARTIAL RELIEF - 3
Case No. 3:16-cv-05068-RSL

Kampmeier & Knutsen PLLC
811 First Avenue, Suite 468
Seattle, Washington 98104
(206) 858-6983